IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 139

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JARRETT MITCHEM, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 7, 2017, Plaintiff and Defendant filed a Joint Statement Selecting a Mediator [# 14]. The parties selected the Honorable Dennis L. Howell to conduct the pre-trial mediation.

It is not the practice of Judge Howell to act as a mediator for a pre-trial mediation. Judge Howell will conduct a pre-trial settlement conference if two conditions are met: (1) the initial pre-trial mediation fails; and (2) parties show good cause that a pre-trial settlement conference would prove favorable. Because these conditions have not been met, Judge Howell will not act as mediator.

The Court **ORDERS** that Judge Howell not be designated as the pre-trial mediator in this case. The parties will provide a new notice of selection by November 15, 2017

Signed: November 8, 2017

Dennis L. Howell
United States Magistrate Judge