IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:17-cv-00139-MR- |
| Plaintiff, ) | DLH |
| ) | |
| v. ) | |
| ) | |
| JARRETT MITCHEM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER AND ENTRY OF JUDGMENT**

This cause comes before the Court on consent of the parties, the United States of America and Jarrett Mitchem. The parties agree that the United States is entitled to entry of a final judgment in its favor and against Jarrett Mitchem with respect to the penalty assessed against him for his failure to report his interest in a foreign bank account.

Accordingly, JUDGMENT is hereby rendered in favor of the United States and against Jarrett Mitchem with regard to the 2005, 2006, 2007, and 2008 tax years for his failure to report his financial interest in a foreign bank account, as required by 31 U.S.C. § 5314 and its implementing regulations, in the amount of $2,223,676.81 consisting of the penalty under 31 U.S.C. § 5321(a)(5) in the amount of $2,075,227, accrued interest under 31 U.S.C. § 3717(a) in the amount of $21,207.12 as of February 2, 2017, and an accrued late payment penalty under 31

U.S.C. § 3717(e) in the amount of $127,242.69 as of February 2, 2017. Interest continues to accrue under 31 U.S.C. § 3717(a) from February 2, 2017 until fully paid. The late payment penalty continues to accrue under 31 U.S.C. § 3717(e) at a rate of 6% per year from February 2, 2017 until fully paid. It is further ORDERED that the parties shall bear their own costs in this matter, including any attorney's fees.

**IT IS SO ORDERED.**

Signed: March 6, 2018

Martin Reidinger
United States District Judge

//
//

The plaintiff, the United States of America, and the defendant, Jarrett Mitchem, hereby consent to this final judgment.

Date:   2/21/2018             RICHARD E. ZUCKERMAN
                              Principal Deputy Assistant Attorney General

                               /s/ *Katherine M. Reinhart*
                              KATHERINE M. REINHART
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 227
                              Washington, D.C.  20044
                              202-307-6528 (v)
                              202-514-6866 (f)
                              Katherine.Reinhart@usdoj.gov
                              *Counsel for the United States*


Date:   2/21/2018              /s/ *Wes J. Camden*
                              WES J. CAMDEN
                              Ward and Smith, P.A.
                              P.O. Box 33009
                              Raleigh, N.C. 27636-3009
                              919-277-9100 (v)
                              919-277-9177 (f)
                              wjcamden@wardandsmith.com
                              *Counsel for Jarrett Mitchem*